**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equity Trust Co., <br><br> Plaintiff, <br><br> v. <br><br> Christopher Allyn Sevick, et al. <br><br> Defendant. <br> _____ | Case No. ED CV 15-2643-R <br><br> **ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |

Plaintiff/Parties were ordered to show cause in writing by not later than **May 12, 2016** why this action should not be dismissed for failure to submit a proof of service of summons and complaint as ordered in this Court's Order Re: Notice to Counsel;

WHEREAS, this period has elapsed without any action by plaintiff/parties.

The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated  May 13, 2016

_____
MANUEL L. REAL
United States District Judge